(66 Misc. Rep. 394.)

## In re SILVETTI'S ESTATE.

(Surrogate's Court, Albany County.   October 8, 1907.)

EXECUTORS AND ADMINISTRATORS (§ 24*)—RIGHT TO APPOINTMENT—FOREIGN CONSUL.

The Italian consul is entitled to administer the property of an Italian subject dying intestate within his consular jurisdiction, where the entire estate is distributable to citizens resident of Italy.

[Ed. Note.—For other cases, see Executors and Administrators, Cent. Dig. §§ 132–139½; Dec. Dig. § 24.*]

Proceedings for the settlement of the estate of Frank Silvetti. Petitions by Mario A. Pacelli and Germano P. Baccelli for letters of administration. Letters issued to Baccelli.

Countryman, Nellis & Du Bois, for Germano P. Baccelli, Italian Consul.

James C. Cooper, for Mario A. Pacelli.

VAN DERZEE, S.  Two petitions have been presented for letters of administration herein: One by Mario A. Pacelli, as general guardian of Carmine Silvetti, an alleged brother of the deceased, who later presented a supplemental petition stating that he was a creditor of the deceased.  The other petition is made by Germano P. Baccelli, Italian consul for this jurisdiction.  The consul objects to letters being granted to the other petitioner.

I have examined with great care the reported cases bearing upon the claims of the Italian consul to administration upon the property of Italian subjects dying intestate within his consular jurisdiction, where the entire estate is distributable to citizens resident of Italy.  I am constrained to adopt the very learned reasoning of Surrogate Silkman in Matter of Lobrasciano, reported in 38 Misc. Rep. 415, 77 N. Y. Supp. 1040, and grant letters in this proceeding to the Italian consul.  This course has been the practice of this court for many years, and has been adopted by many jurisdictions in this state and in Massachusetts.  McEvoy, Public Administrator, v. Wyman, 191 Mass. 276, 77 N. E. 379.

A decree denying the application of Mario A. Pacelli, and directing that letters of administration issue to Germano P. Baccelli, the Italian consul, may be entered.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes